IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RAYSHAN WATLEY | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:06-cv-00678 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| DEBBIE HUGHES, et al. | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

     Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that this case is DISMISSED for plaintiff's failure to pay the Court's $350.00 filing fee within 30 days, pursuant to this Court's Order of October 18, 2006 (doc. 2).  The Clerk of Court is DIRECTED to mail a copy of this Order to the Cashier of the Southern Ohio Correctional Facility in Lucasville, Ohio.  The prison's Cashier shall deduct and forward to the Clerk of Court, 20% of the preceding month's income credited to plaintiff's account each time the amount in the account exceeds $10.00 until the full fee has been paid. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

12/1/06                                                                                                James Bonini, Clerk


                                                                                                      s/Kevin Moser
                                                                                                      Deputy Clerk